AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of New York

CARMELITE SISTERS FOR THE AGED AND INFIRM, INC.; OZANAM HALL OF QUEENS NURSING HOME, INC.; CABRINI OF WESTCHESTER; MARIAN WOODS, INC.; DOMINICAN SISTERS, CONGREGATION OF ST. ROSE OF LIMA; SERVANTS OF RELIEF FOR INCURABLE CANCER, d/b/a ROSARY HILL HOME; MISSIONARY SISTERS OF ST. BENEDICT, INC.; MISSIONARY SISTERS OF ST. BENEDICT HOME FOR THE AGED, INC., d/b/a ST. JOSEPH'S HOME FOR THE AGED; ROMAN CATHOLIC BISHOP OF ROCKVILLE CENTRE; ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE; CATHOLIC HEALTH SYSTEM OF LONG ISLAND, INC., d/b/a CATHOLIC HEALTH; HOME FOR THE AGED OF THE LITTLE SISTERS OF THE POOR, d/b/a QUEEN OF PEACE RESIDENCE; HOME FOR THE AGED OF THE LITTLE SISTERS OF THE POOR OF THE CITY OF NEW YORK, d/b/a JEANNE JUGAN RESIDENCE,

*Plaintiff(s)*

v.

Civil Action No. 1:26-cv-1396 (AMN/CBF)

LETITIA JAMES, in her official capacity as Attorney General of New York; JAMES V. MCDONALD, in his official capacity as Commissioner of Health of the State of New York; MICHAEL C. IANNUZZI, in his official capacity as the Interim Chair of the New York State Board for Professional Medical Conduct,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Letitia James, in her official capacity as Attorney General of New York
Managing Attorney's Office
Empire State Plaza
Justice Building, 2nd Floor
Albany NY 12224

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mark L. Rienzi
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave NW, Suite 400
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk of Court

Date: 7/17/2026

s/ Teri Lambert

*Signature of Clerk or Deputy Clerk*

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc: