

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

July 30, 2026

<u>Via ECF</u>
Hon. Anne M. Nardacci
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207-2936

Re*:*    *Carmelite Sisters for the Aged and Infirm, Inc. et al. v. James et al.*
         1:26-cv-1396 (AMN/CBF)

Dear Judge Nardacci:

This Office represents Defendants in the above-referenced matter.  On July 23, 2026, the Court set a briefing schedule with respect to Plaintiffs' request for a temporary restraining order and preliminary injunction.  *See* Dkt. No. 16.  Subject to the Court's approval, the parties have agreed to a temporary injunction and briefing schedule, which is memorialized in the attached proposed order.  We jointly request that your honor enter the proposed order and adjust the deadlines accordingly.  The parties also request that your honor set a return on the motion at the Court's convenience.

Thank you for your attention to this matter and courtesy in this regard.

Respectfully,
By <u>s/ *Benjamin L. Loefke*</u>
Benjamin L. Loefke
Special Litigation Counsel, of Counsel
Bar Roll No. 516796
Telephone: (518) 776-2739
Email: Benjamin.Loefke@ag.ny.gov

Cc:    Counsel of record (*via ECF*)