**Office of the New York State Attorney General**

**Letitia James**
**Attorney General**

September 2, 2026

Via ECF
Hon. Anne M. Nardacci
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207-2936

Re: *Carmelite Sisters for the Aged and Infirm, Inc. et al. v. James et al.*
1:26-cv-1396 (AMN/CBF)

Dear Judge Nardacci:

This Office represents Defendants in the above-referenced matter. On July 30, 2026, the Court entered a consent order for a temporary restraining order and set a briefing schedule. *See* Dkt. No. 32. On August 19, 2026, with the consent of the parties, the Court subsequently reset the briefing deadlines. *See* Dkt. No. 34. I write, with the consent of Plaintiffs, to request a two-week extension of the current deadlines on behalf of the parties. Subject to the Court's approval, the deadlines would be adjusted as follows: Defendants' opposition to the Emergency Motion, together with any joint cross-motion to dismiss, to be filed on or before September 17, 2026, Plaintiffs' reply in support of the Emergency Motion and any opposition to the joint cross-motion to dismiss to be filed on or before October 6, 2026, and Defendants' reply, if any, on the joint cross-motion to dismiss to be filed on or before October 13, 2026. Additional time will afford the parties the opportunity to continue to discuss the case in an effort to resolve or narrow the issues.

Thank you for your attention to this matter and courtesy in this regard.

Respectfully,
By s/ *Benjamin L. Loefke*
Benjamin L. Loefke
Special Litigation Counsel, of Counsel
Office of the New York Attorney General
Bar Roll No. 516796
Telephone: (518) 776-2739
Email: Benjamin.Loefke@ag.ny.gov

Cc: Counsel of record (*via ECF*)