**Office of the New York State Attorney General**

**Letitia James**
**Attorney General**

September 16, 2026

Via ECF
Hon. Anne M. Nardacci
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207-2936

Re: *Carmelite Sisters for the Aged and Infirm, Inc. et al. v. James et al.*
1:26-cv-1396 (AMN/CBF)

Dear Judge Nardacci:

This Office represents Defendants in the above-referenced matter. On July 30, 2026, the Court entered a consent order for a temporary restraining order and set a briefing schedule. *See* Dkt. No. 32. On August 19, 2026 and again on September 3, 2026, with the consent of the parties, the Court subsequently reset the briefing deadlines. *See* Dkt. Nos. 34, 36. The temporary restraining order remains in effect until the Court either denies Plaintiffs' motion for injunctive relief, grants a motion by Defendants to dismiss, or it is otherwise lifted by Court order. *See* Dkt. No. 32 at 2.

I write to request a thirty-day extension of the current deadlines. In support of the application, I note that the parties have made significant efforts to settle or narrow the case. Ultimately, the parties were unable to agree an agreement. It is apparent now that briefing is required, which, given the number of issues raised in the case, will require significant effort before filing. I also note that the undersigned will be leaving the Office of the New York State Attorney General by the end of the week and the matter will be handled by a different attorney on behalf of Defendants going forward.

Plaintiffs consent to a one week of extension of time, but not the full thirty days requested herein. Because the temporary restraining order remains in effect, there is no prejudice to Plaintiffs for the additional time requested, which Defendants anticipate to be the last extension of time needed.

Thank you for your attention to this matter and courtesy in this regard.

Respectfully,
By *s/ Benjamin L. Loefke*
Benjamin L. Loefke
Special Litigation Counsel, of Counsel
Office of the New York Attorney General
Bar Roll No. 516796

Telephone: (518) 776-2739
Email: Benjamin.Loefke@ag.ny.gov

Cc: Counsel of record (*via ECF*)