UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CARMELITE SISTERS FOR THE AGED AND INFIRM, INC. et al.,

*Plaintiffs*,

-against-

LETITIA JAMES, *in her official capacity as the Attorney General of New York*, et al.,

*Defendants*.

---

**NOTICE OF APPEARANCE**

26-cv-1396
(AMN/CBF)

**PLEASE TAKE NOTICE** that the undersigned, David C. White, Assistant Attorney General to Letitia James, New York State Attorney General, whose address, email, and telephone number is as set forth below, appears on behalf of all Defendants in this matter.

Dated: September 17, 2026
Albany, New York

LETITIA JAMES
New York State Attorney General
Attorney for Defendants

By: David C. White Digitally signed by David C. White Date: 2026.09.17 11:35:01 -04'00'

David C. White
Assistant Attorney General
Bar Roll No. 700203
The Capitol
Albany, New York 12224-0341
Telephone: 518-776-2601
Email: David.White@ag.ny.gov

**To (via ECF)**:
All counsel of record