**Office of the New York State Attorney General**

**Letitia James**
**Attorney General**

October 14, 2026

**VIA ECF**
Hon. Anne M. Nardacci
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

Re: *Carmelite Sisters for the Aged and Infirm, Inc. et al. v. James et al.*
Northern District of New York
26-cv-1396 (AMN/CBF)

Dear Judge Nardacci:

This office represents Defendants in the above matter. As Your Honor is aware, Defendants' response to Plaintiffs' motion for a preliminary injunction and any cross-motion to dismiss is due on or before October 19, 2026. Given the complex nature of the case and the number of claims alleged by Plaintiffs, Defendants respectfully request an enlargement of the twenty-five-page limit for memoranda of law to forty pages.

Plaintiffs' counsel consents to this request. Additionally, Defendants agree to any enlargement of the page-limit needed by Plaintiffs in their reply and/or opposition papers.

Thank you for the Court's consideration of this request and should anything further be required, please contact the undersigned.

Respectfully,

By: David C. White Digitally signed by David C. White Date: 2026.10.14 09:48:42 -04'00'

David C. White
Assistant Attorney General
Telephone: 518-776-2601
Email: David.White@ag.ny.gov

cc: All counsel of record (via ECF)