**Office of the New York State**
**Attorney General**

**Letitia James**
**Attorney General**

October 19, 2026

<u>VIA ECF</u>
Hon. Carla B. Freedman
James M. Hanley Federal Building & U.S. Courthouse
100 S. Clinton St.
Syracuse, NY 13261

Re: *Carmelite Sisters for the Aged and Infirm, Inc. et al. v. James et al.*
Northern District of New York
26-cv-1396 (AMN/CBF)

Dear Judge Freedman:

Today, Defendants filed their opposition to Plaintiffs' request for a preliminary injunction and a cross-motion to dismiss the Complaint in its entirety for lack of standing and failure to state a claim. Dkt. 45. As Defendants' motion to dismiss is dispositive of the entire case, Defendants respectfully request that discovery be stayed pending a decision on said motion. The stay will prevent the parties from expending potentially unnecessary time, energy, and expense undergoing discovery that may not be necessary or may be greatly limited based on the Court's decision.

Thank you for the Court's consideration of this request and should anything further be required, please contact the undersigned.

Respectfully,

By: David C. White Digitally signed by David C. White Date: 2026.10.19 16:19:40 -04'00'
David C. White
Assistant Attorney General
Telephone: 518-776-2601
Email: David.White@ag.ny.gov

cc: All counsel of record (via ECF)